UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

Job #: 1511909

Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK , NY 10165

POLINA BARATOVA

*Plaintiff*

vs

SOPHIA COLLIER

*Defendant*

**Index Number:** 1:22-CV-02898 RPK-REI

**Client's File No.:** baratova vs. collier

**Court Date:**

**Date Filed:** 05/18/2022

STATE OF CALIFORNIA, COUNTY OF MARIN, SS.:
**CHRISTINA ALEXANDER - BARKLEY**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of California.

On **08/04/2022**, at **11:13 AM** at: **1 HARBOR DRIVE, STE#209, SAUSALITO, CA 94965** Deponent served the within **Summons in a Civil Action - COMPLAINT**

On: **SOPHIA COLLIER** , Defendant therein named.

☒ **#1 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[X] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having went there

**ATTEMPTS:**
07/12/2022 3:41 PM 1 HARBOR DRIVE, STE#209, SAUSALITO, CA 94965
07/13/2022 7:31 AM 1 HARBOR DRIVE, STE#209, SAUSALITO, CA 94965
07/14/2022 7:36 PM 1 HARBOR DRIVE, STE#209, SAUSALITO, CA 94965

☐ **#2 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#3 OTHER**
SEPARATE AFFIDAVIT OF MAILING DONE. PLEASE SEE ATTACHED.

☒ **#4 MAILING**
On 08/05/2022, deponent enclosed a copy of same in a postpaid envelope properly addressed to SOPHIA COLLIER at 1 HARBOR DRIVE, STE#209, SAUSALITO, CA 94965 [] Actual Place of Residence [X] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

Sworn to before me on
Clinton Dean Jones
[signature]

See Attached Notarial Certificate

[signature]
CHRISTINA ALEXANDER - BARKLEY
~~DCA License #~~ #240
Marin County, California

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Marin

Subscribed and sworn to (or affirmed) before me on this 09 day of August, 2022, by Christine Eileen Alexander - Barkley, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

CLINTON DEAN JONES
COMM # 2397155
MARIN County
California Notary Public
Comm Exp Mar. 16, 2026

(Seal) Signature ______