**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Polina Baratova,

                      *Plaintiff*,

      - *against* -

Sophia Collier,

                      *Defendant*.
-------------------------------------------------------------X

Case No.: 22-cv-02898-RPK-RER

**AFFIRMATION OF SERVICE**

      **JASON MIZRAHI**, an attorney duly admitted to practice law in the State of New York, hereby declares that on September 29, 2022, I have served a true and correct copy of the September 29, 2022 Electronic Order of Honorable Ramon E. Reyes, Jr., U.S.M.J., by sending the same by regular mail, addressed to the last known address of the recipient(s) as indicated below and upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

      Sophia Collier
      26 Jericho Road
      East Hampton, NY 11937


      Polina Baratova
      898 Cottage Lane
      Riverhead, NY 11901

Dated: New York, New York
       September 29, 2022

By:   /s/ Jason Mizrahi, Esq.
       Jason Mizrahi, Esq.
       Levin Epstein & Associates, P.C.
       60 East 42nd Street, Suite 4700
       New York, NY 10165
       Telephone: (212) 792-0048
       Email: Jason@levinepstein.com
       *Attorneys for Plaintiff*

Cc:    All parties via ECF