**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- X

Polina Baratova                                                                                  Case No.: 22-cv-02898

                                           *Plaintiff*,                                **REQUEST FOR ENTRY OF DEFAULT**

     -*against*-

Sophia Collier

                                           *Defendants*.

----------------------------------------------------------------------X

Plaintiff Polina Baratova ("Plaintiff"), on behalf of herself and others similarly situated, by and through his attorneys, Levin-Epstein & Associates, P.C., respectfully requests that the Clerk of the Court enter the default of the Defendant Sophia Collier (the "Defendant") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend, as more particularly set forth in the attached affirmation of Jason Mizrahi, Esq. A Clerk's Certificate is enclosed herewith.

Dated: New York, New York
           October 7, 2022

                                                                   Respectfully submitted,

                                                                   By: /s/ Jason Mizrahi
                                                                           Jason Mizrahi
                                                                           Levin-Epstein & Associates, P.C.
                                                                           60 East 42nd Street, Suite 4700
                                                                           New York, New York 10165
                                                                           Tel: (212) 792-0048
                                                                           Email: Jason@levinepstein.com
                                                                           *Attorneys for the Plaintiff and proposed FLSA Collection Action Plaintiffs*