**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------X

Polina Baratova

Case No.: 22-cv-02898(RPK)(RER)

**CERTIFICATE OF DEFAULT**

*Plaintiff*,

-*against*-

Sophia Collier

*Defendants*.

-------------------------------------------------------------------------------X

    I, BRENNA B. MAHONEY Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Sophia Collier (the "Defaulting Defendant") has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defaulting Defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       October 11, 2022

                                      BRENNA B. MAHONEY, Clerk of Court

                                By: *Jalitza Poveda*
                                          Deputy Clerk