UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Polina Baratova

                                     *Plaintiff*,        Case No.: 22-cv-02898-NM-RER

                 *- against -*                **NOTICE OF MOTION**

Sophia Collier

                                 *Defendant*.
----------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated October 28, 2022, together with the supporting declaration of Jason Mizrahi, Esq. and the exhibits annexed thereto, Plaintiff Polina Baratova ("Plaintiff"), by and through the undersigned counsel, Levin-Epstein & Associates, P.C., will move this Court, the Honorable Judge Nina Morrison, at the United States District Court of the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, at a date and time set by the Court, for an order: (i) entering default judgment against Defendant Sophia Collier pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 55(b) in the amount of $265,890.92, consisting of $124,325.71 in unpaid overtime wages, $17,036.43 in unpaid spread-of-hours, $124,325.71 in liquidated damages, $10,000 in statutory damages under the WTPA, $6,662.50 in attorneys' fees, and $577.00 in costs; and (ii) awarding prejudgment interest on Plaintiff's unpaid wages award of $124,325.71, in an amount to be determined by the Clerk of Court, by multiplying $30.66 by the number of days from October 15, 2018 until the day final judgment is entered against Defendant; (iii) together with such other relief as this Court deems just and proper;

PLEASE TAKE FURTHER NOTICE that answering and reply papers, if any, must be served by such date that the Court may order.

Dated: New York, New York
       October 28, 2022

By:    /s/ Jason Mizrahi
        Jason Mizrahi, Esq.
        Joshua D. Levin-Epstein, Esq.
        Levin Epstein & Associates, P.C.
        60 East 42nd Street, Suite 4700
        New York, NY 10165
        Telephone: (212) 792-0048
        Email: jason@levinepstein.com
        *Attorneys for Plaintiff*

Cc:    All parties via ECF