# EXHIBIT A

| Baratova v. Collier [22-cv-02898] | Damages** |
|---|---|
| Polina Baratova | $303,761.23 |

| | |
|---|---|
| **TOTAL** | **$303,761.23** |

*Inclusive of unpaid wages, liquidated damages, wage notice violations, wage statement violations and pre-judgment interest.

** Exclusive of Plaintiff's attorneys' fees and costs.

### Polina Baratova

| Start | End | Weeks | Avg. Hours per Week | Avg. Reg. Hours per Week | Avg. OT Hours per Week | Lawful Regular Rate of Pay | Lawful OT Rate of Pay | Avg. Weekly Compensation | Avg. Spread of Hours Days Worked per Week | Prevailing Min. Wage | Prevailing OT. Wage | Avg. Lawful Weekly Pay | Unpaid SOH per Week | Avg. Underpayment per Week | Avg. Total Underpayment | Liquidated Damages | Wage Statement Violations | Wage Notice Violations | PJI | Total Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2016 | 12/31/2016 | 44 | 70.0 | 40 | 30 | $25.00 | $37.50 | $1,750.00 | 5 | $9.00 | $13.50 | $2,125.00 | $45.00 | $420.00 | $18,300.00 | $18,300.00 | | | | |
| 11/1/2017 | 12/31/2017 | 9 | 70.0 | 40 | 30 | $25.00 | $37.50 | $1,750.00 | 5 | $11.00 | $16.50 | $2,125.00 | $55.00 | $430.00 | $3,685.71 | $3,685.71 | | | | |
| 1/1/2018 | 12/31/2018 | 52 | 70.0 | 40 | 30 | $25.00 | $37.50 | $1,750.00 | 5 | $13.00 | $19.50 | $2,125.00 | $65.00 | $440.00 | $22,880.00 | $22,880.00 | | | | |
| 1/1/2019 | 12/31/2019 | 52 | 70.0 | 40 | 30 | $25.00 | $37.50 | $1,750.00 | 5 | $15.00 | $22.50 | $2,125.00 | $75.00 | $450.00 | $23,400.00 | $23,400.00 | | | | |
| 1/1/2020 | 3/31/2020 | 13 | 70.0 | 40 | 30 | $25.00 | $37.50 | $1,750.00 | 5 | $15.00 | $22.50 | $2,125.00 | $75.00 | $450.00 | $5,785.71 | $5,785.71 | | | | |
| 4/1/2020 | 12/31/2020 | 39 | 98.0 | 40 | 58 | $25.00 | $37.50 | $2,450.00 | 7 | $15.00 | $22.50 | $3,175.00 | $105.00 | $830.00 | $32,488.57 | $32,488.57 | | | | |
| 1/1/2021 | 5/31/2021 | 21 | 98.0 | 40 | 58 | $25.00 | $37.50 | $2,450.00 | 7 | $15.00 | $22.50 | $3,175.00 | $105.00 | $830.00 | $17,785.71 | $17,785.71 | | | | |
| | | | | | | | | | | | | | | Total | $124,325.71 | $124,325.71 | $5,000.00 | $5,000.00 | $45,109.80 | $303,761.23 |