# EXHIBIT B

# Activities Export

10/28/2022
5:38 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 04/26/2022 | 🕐 | Client intake<br>● Unbilled | 00546-Baratova<br>Baratova v. Collier | Jason Mizrahi | 1.25h | $325.00 | - | $406.25 |
| 05/02/2022 | 🕐 | Organize client's document production<br>● Unbilled | 00546-Baratova<br>Baratova v. Collier | Jason Mizrahi | 0.75h | $325.00 | - | $243.75 |
| 05/13/2022 | 🕐 | Draft Complaint<br>● Unbilled | 00546-Baratova<br>Baratova v. Collier | Jason Mizrahi | 2.25h | $325.00 | - | $731.25 |
| 05/13/2022 | 🕐 | Organize client's document production<br>● Unbilled | 00546-Baratova<br>Baratova v. Collier | Jason Mizrahi | 0.75h | $325.00 | - | $243.75 |
| 05/13/2022 | 🕐 | Research Defendant's, attn. to service of process<br>● Unbilled | 00546-Baratova<br>Baratova v. Collier | Jason Mizrahi | 1.75h | $325.00 | - | $568.75 |
| 05/16/2022 | 🕐 | Draft notice of appearance<br>● Unbilled | 00546-Baratova<br>Baratova v. Collier | Jason Mizrahi | 0.25h | $325.00 | - | $81.25 |
| 05/18/2022 | $ | Filing Fee<br>● Unbilled | 00546-Baratova<br>Baratova v. Collier | Alexis Abrego | 1.00 | $402.00 | - | $402.00 |
| 08/16/2022 | $ | Process Server<br>● Unbilled | 00546-Baratova<br>Baratova v. Collier | Alexis Abrego | 1.00 | $175.00 | - | $175.00 |
| 08/29/2022 | 🕐 | Draft Affidavit of Service of September 29, 2022 Order<br>● Unbilled | 00546-Baratova<br>Baratova v. Collier | Jason Mizrahi | 1.00h | $325.00 | - | $325.00 |
| 08/29/2022 | 🕐 | Serve September 29, 2022 Order<br>● Unbilled | 00546-Baratova<br>Baratova v. Collier | Jason Mizrahi | 1.00h | $325.00 | - | $325.00 |
|  |  |  |  |  |  |  | $0.00<br>0.00h | $7,239.50<br>20.50h |

# Activities Export

10/28/2022
5:38 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/11/2022 | 🕐 | Draft application for clerk's certificate of default judgment<br>● Unbilled | 00546-Baratova<br>Baratova v. Collier | Jason Mizrahi | 2.25h | $325.00 | - | $731.25 |
| 10/26/2022 | 🕐 | Prepare damage computation<br>● Unbilled | 00546-Baratova<br>Baratova v. Collier | Jason Mizrahi | 2.25h | $325.00 | - | $731.25 |
| 10/28/2022 | 🕐 | Draft memorandum of law in support of default judgment<br>● Unbilled | 00546-Baratova<br>Baratova v. Collier | Jason Mizrahi | 4.75h | $325.00 | - | $1,543.75 |
| 10/28/2022 | 🕐 | Phone call with client regarding motion for default judgment<br>● Unbilled | 00546-Baratova<br>Baratova v. Collier | Jason Mizrahi | 0.25h | $325.00 | - | $81.25 |
| 10/28/2022 | 🕐 | Draft Declaration in support of motion for default judgment<br>● Unbilled | 00546-Baratova<br>Baratova v. Collier | Jason Mizrahi | 0.75h | $325.00 | - | $243.75 |
| 10/28/2022 | 🕐 | Organize exhibits to Declaration in support of motion for default judgment<br>● Unbilled | 00546-Baratova<br>Baratova v. Collier | Jason Mizrahi | 0.50h | $325.00 | - | $162.50 |
| 10/28/2022 | 🕐 | Draft proposed default for motion for default judgment<br>● Unbilled | 00546-Baratova<br>Baratova v. Collier | Jason Mizrahi | 0.75h | $325.00 | - | $243.75 |
|  |  |  |  |  |  |  | $0.00<br>0.00h | $7,239.50<br>20.50h |