# EXHIBIT D

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered by Levin-Epstein, Joshua on 5/18/2022 at 8:56 AM EDT and filed on 5/18/2022
**Case Name:** Baratova v. Collier
**Case Number:** 1:22-cv-02898
**Filer:** Polina Baratova
**Document Number:** 1
**Judge(s) Assigned:** The Court will contact you shortly on the Judge Assignment.

**Docket Text:**
**COMPLAINT against Sophia Collier filing fee $ 402, receipt number ANYEDC-15575610, filed by Polina Baratova. (Levin-Epstein, Joshua)**


**1:22-cv-02898 Notice has been electronically mailed to:**

Joshua Levin-Epstein     joshua@levinepstein.com, alexis@levinepstein.com, jason@levinepstein.com

**1:22-cv-02898 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=5/18/2022] [FileNumber=16858259-0]
[0917cdd249506731b101acad86c417e4b22fa3266c4edf050a3976cb13f4b8c4b133
b43d2d5cedafc2e819c56854693cc95637de8a5c2cf21854f99e88709101]]

# PREFERRED PROCESS SERVERS INC.

166-06 24th Road, Whitestone, NY 11357                     Phone 718-362-4890  --  FAX 718-352-0400

                                                                                 info@ppservers.com

Attn:
LEVIN EPSTEIN & ASSOCIATES PC
60 EAST 42ND ST., STE#4700
NEW YORK , NY 10165

**Due By: 09/15/2022**
Invoice Date: 8/16/2022
Invoice #: 1511909
Job#: 1511909
Client File#: baratova vs. collier

**TOTAL INVOICE AMOUNT DUE**

$175.00

- - - - - -                                                                                                                                                - - - - - -

**Job #:** 1511909    **Your #:** baratova vs. collier
**Plaintiff:** POLINA BARATOVA
**Defendant:** SOPHIA COLLIER
**Index Number** 1:22-CV-02898 RPK-RER
**Documents:** Summons in a Civil Action - COMPLAINT

**Recipient:** SOPHIA COLLIER
**Person Served:**

**Date Received:** 7/6/2022
**Completed:** 8/4/2022
1 HARBOR DRIVE, STE#209, SAUSALITO, CA 94965

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Out of State | 1 | $175.00 | $175.00 |
|  |  | Job Total Due = | $175.00 |

| | |
|---|---|
| **TOTAL INVOICE CHARGES:** | **$175.00** |
| **TOTAL INVOICE PAYMENTS:** | |
| **TOTAL INVOICE AMOUNT DUE:** | **$175.00** |