**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Polina Baratova,

                          *Plaintiff*,   Case No: 1:22-cv-02898

    - against -

Sophia Collier,   **AFFIRMATION OF SERVICE**

                         *Defendant*.
-------------------------------------------------------------X

      **JASON MIZRAHI**, an attorney duly admitted to practice law in the State of New York, hereby declares that on October 28, 2022, I have sent a true and correct copy of Plaintiff Polina Baratova's (the "Plaintiff") (i) Notice of Motion for Default Judgement [Dckt. No. 14], (ii) Memorandum of Law in Support of Plaintiff's Motion for Default Judgment [Dckt. No. 15], (iii) Affidavit of Polina Baratova, and (iv) Declaration of Jason Mizrahi, Esq., with accompanying exhibits, by email, addressed to the recipient as indicated below.

                        Sophia Collier
                        sophia@efund.com

Dated:  New York, New York
          October 31, 2022

                        By:    /s/ Jason Mizrahi, Esq.
                                Jason Mizrahi, Esq.
                                Levin Epstein & Associates, P.C.
                                60 East 42nd Street, Suite 4700
                                New York, NY 10165
                                Telephone: (212) 792-0048
                                Email: Jason@levinepstein.com
                                *Attorneys for Plaintiff*

Cc:     All parties via ECF